IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CIVIL NO. 1:24-cv-283-LG-RPM |
| **$155,860.57. U.S. CURRENCY, et al.** | **DEFENDANT PROPERTY** |

## DEFAULT JUDGMENT OF FORFEITURE

Before the Court is Plaintiff United States of America's Motion for Default Judgment of Forfeiture [9]. Having considered the motion, the relevant statutes, and jurisprudence, this Court finds that the relief the United States seeks has merit and should be granted. This Court further finds and adjudicates as follows:

1. On September 18, 2024, the United States filed a Verified Complaint for Forfeiture in Rem [1], alleging that the Defendant Property is subject to forfeiture under 21 U.S.C. § 881, because the defendant property is involved in, facilitating, or the proceeds of violations of 21 U.S.C. § 841 (drug trafficking) and § 846 (drug conspiracy).

2. On October 4, 2024, the Court issued a Warrant of Arrest in Rem [4].

3. Under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served direct written notice of this civil asset forfeiture action, including copies of the Verified Complaint for Forfeiture in Rem [1] and Notice of Complaint for Forfeiture [2], to all potential claimants reasonably known to the United States, as evidenced by the United States' Proof of Service [5].

4. Beginning on September 20, 2024, the United States published for thirty (30) consecutive days on an official government internet website at www.forfeiture.gov, notice of the instant case, as evidenced by the Proof of Publication [6].

5. The aforementioned publication and direct notices informed Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), and any and all persons or entities having or claiming an interest in the Defendant Property that the Defendant Property had been arrested and that this instant civil forfeiture action was pending. The publication and direct notices also informed said persons and entities that they had thirty-five (35) days after being sent direct notice or sixty (60) days after the first date of the published notice to file a claim, and twenty (20) days thereafter to file an answer. Furthermore, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and Asset Forfeiture Actions and warned that if the Supplemental Rules were not strictly followed, the Court could strike any claim and answer and enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

6. The United States took all reasonable measures to ensure that Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if

any/known), and all other possible claimants received such notice in a timely fashion.

7. As of this date, no claims, answers, or appearances have been filed to assert an interest in the Defendant Property, or to otherwise defend against this instant forfeiture action, by Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), or any other person or entity. Thus, the time pursuant to Supplemental Rule G, for Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), or any other person or entity to file a valid claim or answer in this action has lapsed.

8. As such, Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), and all other possible claimants are in total default; the Clerk of Court's November 21, 2024, Entry of Default [8] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), and all other persons and entities in the Defendant Property, all without the necessity of further notice to Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures,

LLC (individually and/or via their respective attorneys, if any/known), or any other person or entity.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:**

a. The United States of America is **GRANTED** a default judgment of forfeiture against the full interests of Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), and all other persons and entities in the Defendant Property described below:

| Asset ID | Asset Description |
| --- | --- |
| 23-FBI-006778 | $155,860.57 U.S. Currency seized on July 13, 2023, from Navy Federal Credit Union account number 7150012347 (hereafter, "NFCU x2347") held in the name of Agustin Torres, from Navy Federal Credit Union, in D'Iberville, Mississippi |
| 23-FBI-006836 | $32,918.44 U.S. Currency seized on July 13, 2023, from Bank of America account number 325177524372 (hereafter, BOA x4372") held in the name of Golden Ventures LLC, from Bank of America, in Wilmington, Delaware |

b. Any administrative claims or interests therein of any entities or persons, including Agustin Torres, Ralph Willis, Jr., Shaterrica Benjamin, Gloria Walker, Diamond Middleton, Golden Ventures, LLC (individually and/or via their respective attorneys, if any/known), and any other possible claimant are hereby canceled;

c. The Defendant Property is referred to the custody of the U.S. Marshals Service and/or the Federal Bureau of Investigation for disposition in accordance with the relevant law and regulations.

**SO ORDERED AND ADJUDGED** this the 3rd day of December, 2024.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE